THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
268(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Joey Johnson, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Anderson County
 R. Knox McMahon, Circuit Court Judge

Memorandum Opinion No. 2011-MO-013
Submitted April 20, 2011  Filed April 25, 2011 

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate Defender Kathrine H. Hudgins, South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney
 General A. West Lee, Office of the Attorney General, all of Columbia, for Respondent.
 
 
 

PER CURIAM: We granted a writ of certiorari to review the decision of the circuit court dismissing Johnson's post-conviction relief application and
denying him relief.  We now dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.